1 | NEIL SMITH, Cal. Bar No. 63777
NICOLE M. LEE, Cal. Bar No. 222344
2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3 |   Including Professional Corporations
Four Embarcadero Center, 17th Floor
4 | San Francisco, California 94111-4106
Telephone:    415-434-9100
5 | Facsimile:    415-434-3947
nsmith@sheppardmullin.com
6 | Attorneys for Plaintiff and Counterdefendant
SALES JOBS, INC.

8 | DAVID M. GIVEN, Cal. Bar No. 142375
MEGAN MCKINLEY-BALL, Cal. Bar No. 245375
9 | PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
10 | San Francisco, CA 94111
Telephone:    415-398-0900
11 | Facsimile:    415-398-0911

13 | VINCENT V. CARISSIMI (*admitted pro hac vice*)
MICHAEL J. LEONARD (*admitted pro hac vice*)
RAPHAEL CUNNIFF (*admitted pro hac vice*)
14 | PEPPER HAMILTON, LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103
16 | Telephone:    215-981-4000
Facsimile:    215-981-4750
17 | carissiv@pepperlaw.com
Attorneys for Defendant and Counterclaimant
18 | JOBANIMAL.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALES JOBS, INC., a Nevada corporation, | Case No. 4:08-cv-04509-SBA |
| Plaintiff-Counterdefendant, | **REVISED STIPULATION TO MODIFY SCHEDULE; DECLARATION OF COUNSEL IN SUPPORT; ORDER** |
| v. | |
| JOBANIMAL.COM, INC., a Canadian corporation, | Complaint Filed:    September 26, 2008 |
| Defendant-Counterclaimant. | |

Stipulation to Modify Schedule; [Proposed] Order          Case No. 4:08-cv-04509-SBA

The parties to the above-entitled action, by and through their undersigned counsel and pursuant to Local Rules 6-1(b) and 6-2, hereby stipulate and jointly request that the Court extend the dates set forth in its March 2, 2009 Order for Pretrial Preparation by approximately 90 days.

On March 2, 2009, the Court entered an Order for Pretrial Preparation calendaring the following dates:

- August 3, 2009: Discovery cut-off;
- August 24, 2009: Expert witness designations;
- September 14, 2009: Rebuttal disclosures;
- October 12, 2009: Expert discovery cut-off;
- November 17, 2009: Motion cut-off;
- Between November 18 and 23, 2009: Mandatory settlement conference to take place;
- November 24, 2009: Pre-trial preparation due;
- December 1, 2009: *Motions in limine* and objections to evidence due;
- December 8, 2009: Responses to *motions in limine* and objections to evidence due;
- December 15, 2009: Pre-trial conference; and
- January 11, 2010: Trial to commence.

Since issuance of the Order, the parties prepared for and participated in an Early Neutral Evaluation. Although the matter did not resolve there, the parties have since had sustained and meaningful settlement negotiations and are hopeful that said negotiations will result in a resolution of this matter. Accordingly, the parties jointly request that the above-listed dates be extended by approximately 90 days so that the parties may continue their good faith settlement discussions.

## **DECLARATION OF VINCENT V. CARISSIMI**

I, Vincent V. Carissimi, declare as follows:

1. I am an attorney duly admitted to practice law in the Commonwealth of Pennsylvania. I am also admitted *pro hac vice* to the U.S. District Court for the Northern District

Stipulation to Modify Schedule; [Proposed] Order    Case No. 4:08-cv-04509-SBA    - 1 -

1. of California in the above-captioned action, and in such capacity I serve as defendant Jobanimal.com, Inc. ("Jobanimal")'s lead counsel. I have personal knowledge of the facts set forth in this Declaration (unless otherwise indicated) and if called as a witness could and would so testify.

2. Jobanimal and plaintiff, Sales Jobs, Inc. ("Sales Jobs") began meaningful settlement discussions at the time of the Early Neutral Evaluation. These discussions have continued and the principals of the companies have agreed to discuss a business resolution of the parties' dispute. Jobanimal and Sales Jobs are hopeful that a settlement may be reached before the parties need to conduct further discovery and before the Court need rule on any dispositive motions. To allow these discussions to continue unimpeded, the parties and their respective counsel wish to extend the dates calendared in the Court's March 2, 2009 Order for Pretrial Preparation by approximately 90 days.

3. The parties have not previously requested a time modification in this case.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: July ___, 2009

_____
Vincent V. Carissimi

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties below, that the dates set forth in the Court's Order for Pretrial Preparation be continued to the dates set forth below or such other dates as the Court may in its discretion determine:

- Discovery cut-off: October 30, 2009
- Expert witness designation: November 20, 2009
- Rebuttal disclosures: December 4, 2009

- Expert discovery cut-off: January 8, 2010
- Motion cut-off: February 9, 2010
- Mandatory Settlement Conference: Between March 15 and 26, 2010
- Pretrial preparation: March 30, 2010
- *Motions in limine* and objections to evidence due: April 6, 2010
- Responses to *motions in limine* and objections to evidence due: April 13, 2010
- Pretrial Conference: April 20, 2010
- Trial date: April 26, 2010.

Dated: July 7, 2009

PEPPER HAMILTON, LLP

By: /s/
Vincent V. Carissimi
Attorneys for Defendant JOBANIMAL.COM, INC.

DATED: July 7, 2009    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/
Neil Smith
Attorneys for Plaintiff SALES JOBS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 8, 2009

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION TO EXTEND TIME    Case No. 4:08-cv-04509-SBA    - 3 -