UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SALES JOBS, INC., a Nevada corporation,<br><br>        Plaintiff-Counterdefendant,<br><br>vs.<br><br>JOBANIMAL.COM, INC., a Canadian corporation,<br><br>        Defendant-Counterclaimant. | Case No: C 08-04509 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

    The Court having been notified of a tentative settlement of this action (Docket 48),

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion is within 90 days of the date this order is filed. All scheduled dates are VACATED. The Clerk shall terminate any pending matters.

    IT IS SO ORDERED.

Dated: 11/30/09

                                              Hon. Saundra Brown Armstrong
                                              United States District Judge