1  NEIL SMITH, Cal. Bar No. 63777
   NICOLE M. SLATTERY, Cal. Bar No. 222344
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
3    Including Professional Corporations
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4106
   Telephone:    415-434-9100
5  Facsimile:    415-434-3947
   nsmith@sheppardmullin.com
6  Attorneys for Plaintiff and Counterdefendant
   SALES JOBS, INC.
7

8  DAVID M. GIVEN, Cal. Bar No. 142375
   MEGAN MCKINLEY-BALL, Cal. Bar No. 245375
9  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
10 San Francisco, CA 94111
   Telephone:    415-398-0900
11 Facsimile:    415-398-0911

12
   VINCENT V. CARISSIMI (*admitted pro hac vice*)
13 MICHAEL J. LEONARD (*admitted pro hac vice*)
   RAPHAEL CUNNIFF (*admitted pro hac vice*)
14 PEPPER HAMILTON, LLP
   3000 Two Logan Square, 18th and Arch Streets
15 Philadelphia, PA 19103
16 Telephone:    215-981-4000
   Facsimile:    215-981-4750
17 carissiv@pepperlaw.com
   Attorneys for Defendant and Counterclaimant
18 JOBANIMAL.COM, INC.

19
                    UNITED STATES DISTRICT COURT
20
                    NORTHERN DISTRICT OF CALIFORNIA
21
                          SAN FRANCISCO DIVISION
22

| | |
|---|---|
| SALES JOBS, INC., a Nevada corporation, | Case No.  4:08-cv-04509-SBA |
| Plaintiff-Counterdefendant, | **AMENDED STIPULATED REQUEST TO AMEND CONDITIONAL DISMISSAL; ORDER** |
| v. | |
| JOBANIMAL.COM, INC., a Canadian corporation, | Complaint Filed:    September 26, 2008 |
| Defendant-Counterclaimant. | |

| | |
|---|---|
| 1 | The parties to the above-entitled action, by and through their undersigned counsel, hereby notify the Court that the Parties have reached a binding settlement of this action and have executed a final settlement agreement (the "Agreement"). The undersigned request that the Court modify the Conditional Dismissal previously entered in this case on November 30, 2009 to reflect that the Parties have reached a final settlement. The undersigned further stipulate and request that this Court retain jurisdiction over the subject matter of this action and over all Parties to this action and consent that a United States Magistrate Judge retain jurisdiction over the Agreement to decide any disputes that may arise out of the Agreement. |

IT IS SO STIPULATED

Dated: March 8, 2010

                                      PHILLIPS, ERLEWINE & GIVEN LLP

                                      By:   /s/
                                                   Meagan McKinley-Ball
                                                   Attorneys for Defendant JOBANIMAL.COM, INC.

Dated: March 5, 2010          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                        By:   /s/
                                                   Neil Smith
                                                   Attorneys for Plaintiff SALES JOBS, INC.

- 1 -

1 **ORDER**

2

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5 DATED: _3/10/10_____        _/s/ Saundra B. Armstrong_____
                                     SAUNDRA BROWN ARMSTRONG
6                                    United States District Judge

- 2 -

Amended Stipulation Re Dismissal; [Proposed]
Order                                          Case No. 4:08-cv-04509-SBA